IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:06-MJ-00053-TER |
| | ) | |
| v. | ) | |
| | ) | **MOTION** |
| **JOSEPH JERMAINE WOODBURY, JR.** | ) | **(To Dismiss Complaint)** |
| | ) | |

COMES NOW the United States of America by and through its counsel and respectfully moves the Court for leave to dismiss the Complaint in the above-entitled case without prejudice; and in support of this motion avers as follows:

On January 13, 2006, a Complaint was filed against the Defendant in the above-entitled case charging the Defendant with conspiracy to possess with intent to distribute powder cocaine and crack cocaine, in violation of Title 21, United States Code, Section 846.

The United States affirms that the dismissal is at this time in the interest of the justice.

s/ BETH DRAKE
UNITED STATES ATTORNEY

Florence, South Carolina
February 7, 2018